# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA


REX F. DARLINGTON,           :
                             :
          Plaintiff,         :    CIVIL ACTION
                             :
          v.                 :    NO. 10-CV-7451
                             :
HIGH COUNTRY ARCHERY,        :
                             :
          Defendant.         :

## ORDER

AND NOW, this 8th day of August, 2011, upon consideration of Defendant's Motion to Dismiss (Doc. No. 4), Plaintiff's response in opposition thereto (Doc. No. 5), and Defendant's reply in further support thereof (Doc. No. 8), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion to Dismiss is DENIED but that the case is TRANSFERRED to the United States District Court for the Eastern District of Tennessee pursuant to 28 U.S.C. § 1404(a).

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.